1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   650 Town Center Drive, 10th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendant,
   HILLSTONE RESTAURANT GROUP, INC.
8

9                UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
11

12 | LOUIS DO, an individual,                    | Case No.
13 |          Plaintiff,                         | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**
14 |     v.
15 | HILLSTONE RESTAURANT
16 | GROUP, INC., a Delaware corporation;        | Orange County Superior Court Case No. 30-2019-01095009-CU-CR-CJC
   | and DOES 1-10, inclusive,
17 |          Defendants.
18 |                                             | Action Filed: September 3, 2019
   |                                             | Trial Date:   None Set

SMRH:4849-7353-3605.1           NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendant Hillstone Restaurant Group, Inc., a Delaware corporation ("Defendant") hereby removes to this Court the state court action described below:

## I. FILING AND SERVICE OF THE COMPLAINT.

1. On September 3, 2019, plaintiff Louis Do, ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Orange, Case Number 30-2019-01095009-CU-CR-CJC, by filing a Complaint entitled "*Louis Do v. Hillstone Restaurant Group, Inc., a Delaware corporation; and DOES 1-10, inclusive.*"

2. Defendant was served with the Summons and Complaint on September 10, 2019. True and correct copies of the Summons and Complaint and all other documents served upon Defendant are attached hereto as Exhibit "A". Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served or named.

## II. THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 et seq. (Complaint ¶¶ 12, 25, 26 and 48).

## III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Orange, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Orange.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of Orange be removed to this Court.

Dated: September 24, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Gregory F. Hurley*
GREGORY F. HURLEY
Attorneys for Defendant,
HILLSTONE RESTAURANT GROUP, INC.