Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff LOUIS DO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LOUIS DO, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>HILLSTONE RESTAURANT GROUP, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br><br>Defendants. | Case No. 8:19-cv-01817-DOC-KES<br><br>Hon. David O. Carter<br><br>**STIPULATION TO REMAND CASE TO STATE COURT AND [PROPOSED] ORDER**<br><br>Complaint filed:   September 3, 2019<br>Removed:  September 24, 2019 |

Plaintiff Louis Do ("Plaintiff") and Hillstone Restaurant Group, Inc. ("Defendant"), and through their counsel of record hereby stipulate with reference to the following facts:

1.     This action was originally filed Orange County Superior Court, Case No. 30-2019-01095009-CU-CR-CJC, and Defendant removed it to federal court on September 24, 2019, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443.

2.     On October 24, 2019, Plaintiff filed a Motion to Remand on the grounds that the action does not arise under the laws of the United States and the action is not

otherwise within the removal jurisdiction of this Court, which is currently pending.

3.      The Parties have further met and conferred, and have agreed to stipulate to remand the action to Orange County Superior Court in lieu of deciding the matter by noticed motion.

WHEREFOR, the parties hereby stipulate that good cause exists to remand this case back to state court, Orange County Superior Court, Case No. 30-2019-01095009-CU-CR-CJC.  This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

Dated: October 28, 2019          **MANNING LAW, APC**

By: */s/ Joseph R. Manning Jr., Esq.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

Dated: October 28, 2019          **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Michael J. Chilleen., Esq.*
Michael J. Chilleen, Esq.
Attorneys for Defendant