JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS DO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLSTONE RESTAURANT GROUP, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01817-DOC-KES<br><br>**ORDER STIPULATING TO REMAND CASE TO STATE COURT [14]** |

4829-2146-5253.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation of the parties and good cause appearing, it is hereby |
| 3 | ordered that this action is remanded back to state court, Orange County Superior |
| 4 | Court, Case No. 30-2019-01095009-CU-CR-CJC and all matters currently scheduled |
| 5 | in this federal action are taken off calendar. |

Dated: October 28, 2019

*/s/ David O. Carter*
Hon. David O. Carter
United States District Court
Central District of California